# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

JOHN WAYNE MORGAN,

      Plaintiff,

v.

MINNESOTA DEPARTMENT
OF CORRECTIONS,

      Defendant.

Civil No. 12-274 (DSD/JJK)

**ORDER**

The above matter comes before the Court on the Report and Recommendations of United States Magistrate Judge Jeffrey J. Keyes dated March 26, 2012. No objections have been filed to that Report and Recommendation in the time period permitted. Based on the Report and Recommendation of the Magistrate Judge, and on all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**IT IS HEREBY ORDERED** that:

1. Plaintiff's application to proceed in forma pauperis, (Docket No. 2), is **DENIED**;

2. This action is **SUMMARILY DISMISSED** pursuant to 28 U.S.C. § 1915A(b);

3. Plaintiff is required to pay the unpaid balance of the court filing fee, namely $346.00, in accordance with 28 U.S.C. § 1915(b)(2);

4. Plaintiff's pending motion to "strike" DOC policies, (Docket No. 3), is **DENIED**; and

5.       For purposes of 28 U.S.C. § 1915(g), this action is dismissed on the grounds that it fails to state a claim upon which relief may be granted.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Date:  April 12, 2012              s/David S. Doty
                                   David S. Doty
                                   United States District Judge